IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JASON ANDY RODRIGUEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:16-CV-539 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

# ORDER

The Court has received the Magistrate Judge's February 10, 2017, Memorandum and Recommendation ("M&R"), Dkt. No. 13, and Petitioner's objections to the M&R, Dkt. No. 15.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 13, **DISMISSES** Petitioner's above-captioned habeas action, and **DENIES** Petitioner a certificate of appealability. Final judgment will be entered separately.

SIGNED this 13th day of April, 2018.

Hilda Tagle
Senior United States District Judge